**DISMISS and Opinion Filed February 10, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00895-CV

**MICHAEL PARKER, Appellant**
**V.**
**BILLIE BUCKINGHAM, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. 1-22-0889**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Pedersen, III

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered appellant's brief filed by January 5, 2023. By postcard dated January 20, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                        /Bill Pedersen, III/
                                        BILL PEDERSEN, III
                                        JUSTICE

220895F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL PARKER, Appellant

No. 05-22-00895-CV     V.

BILLIE BUCKINGHAM, Appellee

On Appeal from the County Court at Law No. 1, Rockwall County, Texas Trial Court Cause No. 1-22-0889. Opinion delivered by Justice Pedersen, III. Justices Molberg and Miskel participating.

     In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 10, 2023